UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20845
_____

In the Matter of: RICHARD GULLETT;
SANDRA K. GULLETT,

Debtors

RICHARD GULLETT,

Appellant,

versus

CONTINENTAL CASUALTY COMPANY,

Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-99-CV-862)
_____
June 8, 2000

Before JONES and BENAVIDES, Circuit Judges, and WALTER*, District Judge.

PER CURIAM:**

        The court, having considered this case on the briefs and
pertinent portions of the record, agrees with the district court's well-
stated analysis and affirms on the basis of the district court's
opinion.

        AFFIRMED.

_____

        *        District Judge of the Western District of Louisiana, sitting by designation.

        **        Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should
not be published and is not precedent except under the limited circumstances set forth in
5TH CIR. R. 47.5.4.